FRANK M. SALZMAN, PROSECUTOR-APPELLANT, v. PO-
LICEMEN'S AND FIREMEN'S PENSION FUND OF THE
CITY OF ELIZABETH, NEW JERSEY, SARAH E. LAVIN
ET AL., DEFENDANTS-RESPONDENTS.

Submitted February 16, 1934—Decided May 4, 1934.

38

For the appellant, *James T. Kirk*.

For the respondent Sarah E. Lavin, *Samuel Koestler*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For reversal*—None.